# EXHIBIT 6

| | |
|---|---|
| **From:** | Klionsky, Lauren <lauren.klionsky@elevancehealth.com> |
| **Sent:** | Monday, April 10, 2023 1:24 PM |
| **To:** | Matt Smith |
| **Subject:** | RE: Termination / Michael Gonzales |

Hi Matt –

Thank you for your email dated March 28, 2023, wherein you requested that Elevance Health consider carving out a non-compete exception that would allow your client to work for a Company that has fewer than 2,000 members.  My client has considered Mr. Gonzalez's request and has decided that it must decline your client's request for a myriad of reasons.   As it stands, Mr. Gonzalez's non-compete obligations will remain intact for the entirety of its duration.

On another note, as you may recall, during our initial phone call, I did advise you that Elevance Health takes associate non-competition obligations very seriously and does initiate legal intervention, when warranted.  Suffice to say, I find it disappointing that Elevance Health recently received an anonymous tip advising that your client is currently employed by Sonder Health Plans in Georgia.  I need not tell you that, if, in fact, true, your client is direct violation of his non-compete obligations and Elevance Health will have no other option but to move forward accordingly.   By virtue of this note to you, and it is my hope that this anonymous tip is in error, I am asking your client to attest to the fact that he is not employed with Sonder Health Plans and, furthermore, is not engaged in any activity in violation of his non-compete obligations.  Such seems especially disingenuous in light of your client's recent request.  Again, I hope that the tip is in error, but, in the event you cannot produce such, Elevance Health will have no option but to aggressively pursue its rights which may very well end up to be a costly adventure for your client.

Please advise as soon as possible as to the aforementioned.  Thank you for your anticipated courtesy in this regard.

**From:** Klionsky, Lauren
**Sent:** Monday, April 10, 2023 8:29 AM
**To:** Matt Smith <msmith@zslaw.com>
**Subject:** RE: Termination / Michael Gonzales

Hi Matt –
My apologies for the delay – I was traveling and then, subsequently, took some time off for spring break.  I am conferring with my client and will revert back to you shortly.  Thanks.

**From:** Matt Smith <msmith@zslaw.com>
**Sent:** Tuesday, March 28, 2023 9:28 AM
**To:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Subject:** {EXTERNAL} RE: Termination / Michael Gonzales

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hey Lauren,

Hope all is well!

Can we insert into the Separation Agreement that the Covenant Not to Compete will not apply to a Company that has fewer than 2000 members?

Best,

Matt



| | |
|---|---|
| https://www.zslaw.com | **Matthew C. Smith, Esq.**<br>**Partner** |
| Profile<br>www.zslaw.com/attorneys/matthew-c-smith | Office 859-426-1300<br>Direct 859-292-4269<br>Email msmith@zslaw.com |

**Notice:**  The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, do not read it.  Please reply to the sender that you received the message in error, then delete it.  Thank you.

View our webpage on Google

Happy with our service? Give us a review on Google

---

**From:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Sent:** Monday, March 6, 2023 11:20 AM
**To:** Matt Smith <msmith@zslaw.com>
**Subject:** RE: Termination / Michael Gonzales

Matt,

This one is on me.  I misspelled your firm email and forgot an "s." I'll make the correction on my side.

The letter was sent back on February 17th but, again, to the wrong email address due to my mistake.  Please see attached.  Apologies.

---

**From:** Matt Smith <msmith@zslaw.com>
**Sent:** Monday, March 6, 2023 8:15 AM
**To:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Subject:** {EXTERNAL} RE: Termination / Michael Gonzales

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hello Lauren,

Please send us your response. Thanks,

Matt

---

**From:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Sent:** Tuesday, February 14, 2023 1:52 PM
**To:** Matt Smith <msmith@zslaw.com>
**Subject:** RE: Termination / Michael Gonzales

Hi Matt –

I am finalizing a response back to you and I'm hoping it will go out by early next week if not sooner.  Thank you for your patience.

Lauren

---

**From:** Matt Smith <msmith@zslaw.com>
**Sent:** Tuesday, February 14, 2023 10:40 AM
**To:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Cc:** Michael Gonzalez <michaelg6275@yahoo.com>
**Subject:** {EXTERNAL} RE: Termination / Michael Gonzales

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hello Lauren,

It has been two weeks. Can you provide an update? Thanks,

Matt



https://www.zslaw.com

Profile
www.zslaw.com/attorneys/matthew-c-smith

**Matthew C. Smith, Esq.**
**Partner**

Office 859-426-1300
Direct 859-292-4269
Email msmith@zslaw.com

**Notice:**  The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, do not read it.  Please reply to the sender that you received the message in error, then delete it.  Thank you.

View our webpage on Google

Happy with our service? Give us a review on Google

---

**From:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Sent:** Wednesday, January 25, 2023 2:53 PM

3

**To:** Matt Smith <msmith@zslaw.com>
**Subject:** RE: Termination / Michael Gonzales

Hi Matt –

The matter is still in the investigative process and I hope to have it back within the next 2 weeks.  Thereafter, I can turn it around and get you a response to your letter.  Apologies for the delay.

---

**From:** Matt Smith <msmith@zslaw.com>
**Sent:** Wednesday, January 25, 2023 9:45 AM
**To:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Subject:** {EXTERNAL} RE: Termination / Michael Gonzales

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi Lauren,

Can you provide an update?

Matt



https://www.zslaw.com

**Profile**
www.zslaw.com/attorneys/matthew-c-smith

**Matthew C. Smith, Esq.**
**Partner**

Office 859-426-1300
Direct 859-292-4269
Email msmith@zslaw.com

---

**Notice:**  The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, do not read it.  Please reply to the sender that you received the message in error, then delete it.  Thank you.

---

View our webpage on Google

Happy with our service? Give us a review on Google

---

**From:** Matt Smith
**Sent:** Tuesday, January 10, 2023 12:15 PM
**To:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Subject:** RE: Termination / Michael Gonzales

Hello Lauren,

Thank you for your acknowledgement of receipt.

Matt

4



| | |
|---|---|
| **Matthew C. Smith, Esq.** <br> **Partner** | |
| https://www.zslaw.com <br> **Profile** <br> www.zslaw.com/attorneys/matthew-c-smith | Office 859-426-1300 <br> Direct 859-292-4269 <br> Email msmith@zslaw.com |

**Notice:** The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please reply to the sender that you received the message in error, then delete it. Thank you.

View our webpage on Google

Happy with our service? Give us a review on Google

**From:** Klionsky, Lauren <lauren.klionsky@elevancehealth.com>
**Sent:** Tuesday, January 10, 2023 12:10 PM
**To:** Matt Smith <msmith@zslaw.com>
**Subject:** Termination / Michael Gonzales

Greetings Ms. Smith –

I am the in-house attorney assigned this matter.  Please know that Elevance Health, Inc. is in receipt of your correspondence and is looking further into your client's claims.  Once I have information, I will respond to your letter accordingly.

Many thanks,
Lauren



**Lauren Klionsky**
Associate General Counsel, Elevance Health
21215 Burbank Blvd., Woodland Hills, CA, 91367
M: 805-319-9029
elevancehealth.com [elevancehealth.com]

SAFE SPACE ALLY

*Pronouns: She, her, hers*

The information in this e-mail message is intended for the named addressee(s) and may be attorney privileged and confidential.  If you are not the named addressee, please do not read, copy or distribute any information in this e-mail message without my express consent.  If you believe you have received this e-mail in error, please permanently delete this e-mail (including destroying any hard copies) and notify me at lauren.klionsky@elevancehealth.com.  Thank you.

**From:** Matt Smith <msmith@zslaw.com>
**Sent:** Tuesday, January 10, 2023 11:30 AM

**To:** Steimel, Matthew <matthew.steimel@elevancehealth.com>
**Cc:** Michael Gonzalez <michaelg6275@yahoo.com>
**Subject:** {EXTERNAL} RE: Termination / Michael Gonzales

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Please confirm receipt of the attached letter sent December 29, 2022.



https://www.zslaw.com

Profile
www.zslaw.com/attorneys/matthew-c-smith

Matthew C. Smith, Esq.
Partner

Office 859-426-1300
Direct 859-292-4269
Email msmith@zslaw.com

**Notice:**  The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, do not read it.  Please reply to the sender that you received the message in error, then delete it.  Thank you.

View our webpage on Google

Happy with our service? Give us a review on Google

**From:** Matt Smith
**Sent:** Thursday, December 29, 2022 1:24 PM
**To:** Matthew.Steimel@elevancehealth.com
**Cc:** Michael Gonzalez <michaelg6275@yahoo.com>
**Subject:** Termination / Michael Gonzales

Dear Mr. Steimel,

Please find attached a letter sent on behalf of our client Michael Gonzales.  I look forward to hearing from you.



https://www.zslaw.com

Profile
www.zslaw.com/attorneys/matthew-c-smith

Matthew C. Smith, Esq.
Partner

Office 859-426-1300
Direct 859-292-4269
Email msmith@zslaw.com

**Notice:**  The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, do not read it.  Please reply to the sender that you received the message in error, then delete it.  Thank you.

View our webpage on Google

Happy with our service? Give us a review on Google

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.